PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811

Attorneys for Defendant
VICTORIA PARTNERS
dba  MONTE CARLO RESORT AND CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA CARLSON and JOSHUA HALL,<br><br>               Plaintiff,<br><br>vs.<br><br>VICTORIA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO,<br><br>               Defendant. | Case No. 2:13-cv-00378-JCM-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs, CLAUDIA CARLSON and JOSHUA HALL, and Defendant VICTORIA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO, by and through their designated counsel of record, that this matter be dismissed in its

///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

entirety, with prejudice, each party to bear their own costs and attorney's fees.

Dated: March 12, 2015                          Dated: March 12, 2015

/s/ Joshua Friedman
JOSHUA FRIEDMAN, ESQ.                          PATRICK H. HICKS, ESQ.
GISELLE SCHUETZ, ESQ.                          SANDRA KETNER, ESQ.
LAW OFFICES OF JOSHUA                          LITTLER MENDELSON, P.C.
FRIEDMAN

Attorneys for Plaintiffs                       Attorneys for Defendant
CLAUDIA CARLSON and JOSHUA                     VICTORIA PARTNERS dba
HALL                                           MONTE CARLO RESORT AND CASINO

## ORDER FOR DISMISSAL

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2015

Firmwide:132081666.1 060736.1054

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.